JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| IN RE WENDY K. PITTS,<br><br>　　　　　Debtor. | Case № 5:13-cv-02099-ODW |
| WENDY K. PITTS, | Bankruptcy Case № 6:12-cv-15291-SC |
| 　　　　　Appellant, | Adversary Case № 6:12-ap-01191-SC |
| 　　v. | |
| UNITED STATES OF AMERICA, | **JUDGMENT FOR APPELLEE** |
| 　　　　　Appellee. | **UNITED STATES OF AMERICA** |

In light of the findings of fact and conclusions of law contained in the Court's August 12, 2014 Order Affirming Bankruptcy Court's Decision (ECF No. 16), the Court **ORDERS** the Clerk of Court to enter judgment as follows:

　　1.　Judgment for APPELLEE UNITED STATES OF AMERICA and against APPELLANT WENDY K. PITTS;

　　2.　The Court **AFFIRMS** the United States Bankruptcy Court for the Central District of California's Judgment in an Adversary Proceeding in *Pitts v. United States of America*, No. 6:13-ap-01191-SC (Bankr. C.D. Cal. Oct. 23, 2013);

　　3.　The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

August 12, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**